In the Matter of the Estate of AMY J. EVANS, Deceased. JANET W. HILL, Respondent; DURWARD R. EVANS, as Executor of AMY J. EVANS, Deceased, Appellant.

Submitted February 23, 1943; decided March 4, 1943.

Motion for leave to reargue motion to dismiss appeal denied with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 840.)

In the Matter of ANDRE RUBINSTEIN, Appellant, against PETER J. HABERKORN, Respondent.

Submitted February 23, 1943; decided March 4, 1943.

*Peter J. Haberkorn* for motion.
*Henry Laufbahn* opposed.

Motion granted and appeal dismissed with costs and ten dollars costs of motion, unless appellant serves and files undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.